# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 30, 2019

157921

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

JANE DOE,
          Plaintiff-Appellant,

v                                                    SC: 157921
                                                     COA: 336795
                                                     Oakland CC: 2016-153573-CZ
BISHOP FOLEY CATHOLIC HIGH SCHOOL,
REVEREND GERARD J. LEBOEUF, JOANNE
MOLNAR, NANCY HAGER, ARCHDIOCESE
OF DETROIT, HIS EMINENCE ADAM JOSEPH
MAIDA, SISTER MARY GEHRINGER, and
ROES 1-50,
          Defendants-Appellees,
and

RICHARD FISCHER,
          Defendant.

_____/

On order of the Court, the application for leave to appeal the May 1, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 30, 2019



t0422

Clerk